UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Daniel Jones,

Plaintiff,

v.

Northwest Airlines, Inc.,

Defendant.

Court File No. 01-1657 PAM/JGL

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S MOTION TO COMPEL ARBITRATION**

WHEREAS Plaintiff has commenced the above-entitled matter and has served a Motion to Compel Arbitration on Defendant Northwest Airlines, Inc. (hereinafter "Northwest") on or shortly after August 31, 2001.

WHEREAS an answer or other response to Plaintiff's motion would be due on or shortly after September 20, 2001.

WHEREAS Northwest has requested additional time to respond to Plaintiffs' motion.

NOW, THEREFORE, it is hereby stipulated and agreed that Northwest shall have until October 4, 2001, to answer or otherwise respond to Plaintiff's motion.

Dated: September 20, 2001

GREGG M. CORWIN & ASSOCIATES
LAW OFFICE, P.C.

By Jennifer J. Duchscherer
Gregg M. Corwin (#19033)
Jennifer J. Duchscherer (#302764)
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416
(952) 544-7774
**Attorneys for Plaintiff**

FILED 9-21-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1328913v1

Dated: September 20, 2001

BRIGGS AND MORGAN

By ______________________
Timothy R. Thornton (#109630)
Lauren E. Lonergan (#143443)
Steven P. LaPierre (#301796)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400
**Attorneys for Defendant**

**ORDER**

Based on the foregoing Stipulation, Northwest shall have until October 4, 2001, to answer or otherwise respond to Plaintiff's Motion to Compel Arbitration.

Dated: Sept. 21, 2001

______________________
Magistrate Judge Lebedoff