UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| DANIEL JONES,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST AIRLINES, INC.,<br><br>Defendant. | ) | Civil No. 01-1657 (PAM/JGL)<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S MOTION TO COMPEL ARBITRATION** |

WHEREAS, the parties agreed on September 20, 2001 to extend the time for Defendant Northwest Airlines, Inc. ("Northwest") to respond to Plaintiff's initial pleading in this matter, the motion to compel;

WHEREAS, the Plaintiff has subsequently filed a motion to remand;

WHEREAS, the parties agree that the time for response to the motion to remand should coincide with the response to the motion to compel;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. Plaintiff agrees that Northwest shall have until October 22, 2001, to answer or otherwise respond to Plaintiff's initial pleading, the motion to compel; and

2. Plaintiff agrees that Northwest shall have until October 22, 2001 to respond to Plaintiff's motion to remand.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 1, 2001

GREGG M. CORWIN & ASSOCIATES
LAW OFFICE, P.C.

By [signature: Gregg M. Corwin]
Gregg M. Corwin (#19033)
Jennifer J. Duchscherer (#302764)
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416
(952) 544-7774
**Attorneys for Plaintiff**

Dated: October 3, 2001

BRIGGS AND MORGAN

By [signature]
Timothy R. Thornton (#109630)
Lauren E. Lonergan (#143443)
Steven P. LaPierre (#301796)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400
**Attorneys for Defendant**

**ORDER**

So ordered.

Dated: OCT 4, 2001

[signature]
Magistrate Judge Lebedoff